```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15975
   JERMAINE MCDONALD
   BEVERLY MCDONALD                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-5235    SSN XXX-XX-5458

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2007 and was not confirmed.

     The case was dismissed without confirmation 12/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED           842.00         .00            .00
NATIONWIDE CASSEL          SECURED VEHIC      3200.00         .00         205.14
CAVALRY PORTFOLIO SERVIC   UNSECURED           589.39         .00            .00
CENTRAL FURNITURE          NOTICE ONLY      NOT FILED         .00            .00
CENTRAL FURNITURE          UNSECURED        NOT FILED         .00            .00
CENTRAL FURNITURE          NOTICE ONLY      NOT FILED         .00            .00
CENTRAL FURNITURE          UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED         .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED          1348.27         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           1878.13         .00            .00
INTERNAL REVENUE SERVICE   UNSECURED          1036.79         .00            .00
CB USA INC                 UNSECURED           255.00         .00            .00
AFNI INC                   UNSECURED        NOT FILED         .00            .00
ARNOLD SCOTT HARRIS        UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          1318.71         .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED         .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           936.00         .00            .00
BANK OF AMERICA            UNSECURED        NOT FILED         .00            .00
BUSINESS OFFICE SYST & S   UNSECURED        NOT FILED         .00            .00
CCS                        UNSECURED        NOT FILED         .00            .00
CALVARY PORTFOLIO SVCS     UNSECURED        NOT FILED         .00            .00
CB USA INC                 UNSECURED        NOT FILED         .00            .00
CREDIT PAC                 UNSECURED        NOT FILED         .00            .00
CHARTER ONE BANK           UNSECURED        NOT FILED         .00            .00
CHARTER ONE BANK           UNSECURED        NOT FILED         .00            .00
CHECK SYSTEMS              UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED         .00            .00
CLEAR CHECK INC            UNSECURED        NOT FILED         .00            .00
CENTRAL FURNITURE          SECURED NOT I        .00           .00            .00
RMI/MCSI                   UNSECURED           250.00         .00            .00
COMCAST                    UNSECURED        NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15975 JERMAINE MCDONALD & BEVERLY MCDONALD
```

```
COMMONWEALTH EDISON         UNSECURED      NOT FILED              .00           .00
CONTINENTIAL FINANCE COM    UNSECURED      NOT FILED              .00           .00
COOK COUNTY 6TH MUNICIPA    UNSECURED      NOT FILED              .00           .00
CR SYSTEM INTR              UNSECURED      NOT FILED              .00           .00
CR SYSTEM INTR              UNSECURED      NOT FILED              .00           .00
CARD PROTECTION ASSOC       UNSECURED      NOT FILED              .00           .00
CARD PROTECTION ASSOC       UNSECURED      NOT FILED              .00           .00
CARD PROTECTION ASSOC       UNSECURED      NOT FILED              .00           .00
CREDIT CARD SERVICES        UNSECURED      NOT FILED              .00           .00
DEPENDON COLLECTION SVC     UNSECURED      NOT FILED              .00           .00
F&W LLC                     UNSECURED      NOT FILED              .00           .00
FAIRLANE CREDIT LLC         UNSECURED      NOT FILED              .00           .00
FOUNDATION FOR EMERGENCY    UNSECURED      NOT FILED              .00           .00
HSBC NV                     UNSECURED      NOT FILED              .00           .00
I C SYSTEMS INC             UNSECURED      NOT FILED              .00           .00
ILLINOIS COLLECTION SERV    UNSECURED      NOT FILED              .00           .00
ILLINOIS COLLECTION SERV    UNSECURED      NOT FILED              .00           .00
ILLINOIS COLLECTION SERV    UNSECURED      NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE    UNSECURED      NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE    UNSECURED      NOT FILED              .00           .00
LEADING EDGE RECOVERY SO    UNSECURED      NOT FILED              .00           .00
LEADING EDGE RECOVERY SO    UNSECURED      NOT FILED              .00           .00
MAGNA BK-ILL                UNSECURED      NOT FILED              .00           .00
MEDICAL COLLECTIONS SYS     UNSECURED      NOT FILED              .00           .00
MEDICAL COLLECTIONS SYS     UNSECURED      NOT FILED              .00           .00
MEDICAL COLLECTIONS SYS     UNSECURED      NOT FILED              .00           .00
MERCURY FINANCE             UNSECURED      NOT FILED              .00           .00
MIDLAND CREDIT MANAGEMEN    UNSECURED      NOT FILED              .00           .00
CARSON PIRIE SCOTT          UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS IN    UNSECURED      NOT FILED              .00           .00
NCO FIN/99                  UNSECURED      NOT FILED              .00           .00
NCO MEDCLR                  UNSECURED      NOT FILED              .00           .00
NCO MEDCLR                  UNSECURED      NOT FILED              .00           .00
NCO MEDCLR                  UNSECURED      NOT FILED              .00           .00
NORTH COAST COLLECTION      UNSECURED      NOT FILED              .00           .00
NORTH COAST COLLECTION      UNSECURED      NOT FILED              .00           .00
OSI COLLECTION SERVICES     UNSECURED      NOT FILED              .00           .00
OSI COLLECTION SERVICES     UNSECURED      NOT FILED              .00           .00
OSI COLLECTION SERVICES     UNSECURED      NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC    UNSECURED         116.53              .00           .00
PEOPLES GAS & LIGHT         UNSECURED      NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED      NOT FILED              .00           .00
REWARDS 660                 UNSECURED      NOT FILED              .00           .00
RJM AQUISITIONS FUNDING     UNSECURED      NOT FILED              .00           .00
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
SAFEWAY                     UNSECURED      NOT FILED              .00           .00
PALISADES COLLECTION LLC    UNSECURED         182.92              .00           .00
SEARS GOLD MASTER           UNSECURED      NOT FILED              .00           .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
                  CASE NO. 07 B 15975 JERMAINE MCDONALD & BEVERLY MCDONALD

```
SENEX SERVICES CORP        UNSECURED        NOT FILED              .00              .00
SWIFT TRANSPORTATION       UNSECURED        NOT FILED              .00              .00
UPBNA                      UNSECURED        NOT FILED              .00              .00
US CELLULAR                UNSECURED        NOT FILED              .00              .00
WASHINGTON MUTUAL          UNSECURED        NOT FILED              .00              .00
WEST CAPITAL FIN SERVICE   UNSECURED        NOT FILED              .00              .00
WEXLER & WEXLER            UNSECURED        NOT FILED              .00              .00
DAKOTA STATE BANK          UNSECURED           478.94              .00              .00
PLAINS COMMERCE BANK       UNSECURED           215.00              .00              .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY           .00                                .00
TOM VAUGHN                 TRUSTEE                                              14.03
DEBTOR REFUND              REFUND                                              120.83

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     340.00

PRIORITY                                              .00
SECURED                                            205.14
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                14.03
DEBTOR REFUND                                      120.83
                          ---------------    ---------------
TOTALS                      340.00                 340.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/27/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE